IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HIGHWAY COMMERCIAL SERVICES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  08 CV 3445 |
| ) | |
| MIDWEST TRAILER REPAIR, INC. ) | |
| ) | |
| Defendant. ) | |

**MOTION TO DISMISS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)
BY DEFENDANT MIDWEST TRAILER REPAIR, INC.**

Defendant MIDWEST TRAILER REPAIR, INC. ("MIDWEST") moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss all three (3) Counts asserted against MIDWEST – Count I for Breach of Fiduciary Duty – Count II for Breach of Contract – Count III for Breach of Duty by Bailee – for failure to state a claim upon which relief can be granted. In support of this Motion, MIDWEST is submitting contemporaneously with its Memorandum in Support thereof.

WHEREFORE Defendant MIDWEST TRAILER REPAIR, INC. respectfully requests that this Court dismiss Plaintiff's Complaint as to MIDWEST as set forth above and in its Memorandum and for such other relief as this Court deems just and proper.

Respectfully Submitted,

MIDWEST TRAILER REPAIR, INC.

By: s/ J. Samuel Tenenbaum
    One of its Attorneys

Samuel J. Tenenbaum (IL#2808315)
Michael J. Gilmartin (IL#6281797)
Chuhak & Tecson, P.C.
30 South Wacker, Suite 2600
Chicago, Illinois 60606
(312) 444-9300

786628\1\18291\34583