IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HIGHWAY COMMERCIAL SERVICES, INC. ) | | |
| ) | | |
| **Plaintiff,** ) | | |
| ) | | |
| v.   ) | No. | 08 CV 3445 |
| ) | | |
| MIDWEST TRAILER REPAIR, INC.   ) | | |
| ) | | |
| **Defendant.** ) | | |

## NOTICE OF MOTION

Please take notice that on Thursday, August 21, 2008 at 9:30 a.m. the undersigned shall appear before Judge Guzman in Courtroom 1219 at 219 South Dearborn Street, Chicago, Illinois and shall present *Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) by Defendant Midwest Trailer Repair, Inc.* and *Defendant's Memorandum in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) by Defendant Midwest Trailer Repair, Inc.*, a copy of which is served upon you.

                Respectfully submitted,

                MIDWEST TRAILER REPAIR, INC.

                By:   s/ J. Samuel Tenenbaum
                          One of their attorneys

J. Samuel Tenenbaum (IL #2808315)
Michael J. Gilmartin (IL #6281797)
Chuhak & Tecson, P.C.
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 444-9300
Facsimile (312) 444-9027

2

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on August 7, 2008, a copy of the foregoing *Notice* and documents referred to above were filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                 s/ J. Samuel Tenenbaum

787861\1\18291\34583