**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Highway Commercial Services, Inc.
                               Plaintiff,

v.                                              Case No.: 1:08−cv−03445
                                                Honorable Ronald A. Guzman

Midwest Trailer Repair, Inc.
                               Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, August 12, 2008:


MINUTE entry before the Honorable Ronald A. Guzman:Status hearing set for 8/18/08 is reset to 9/15/2008 at 09:30 AM. Set deadlines as to motion by Defendant to dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) [9] : Responses due by 9/3/2008. Replies due by 9/17/2008. Ruling to be by mail. Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.