## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Highway Commercial Services, Inc.
          Plaintiff,

v.              Case No.: 1:08−cv−03445
              Honorable Ronald A. Guzman

Midwest Trailer Repair, Inc.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2008:

  MINUTE entry before the Honorable Ronald A. Guzman: Set deadlines as to motion by Defendant Midwest Trailer Repair, Inc. to dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) [9] : Responses due by 9/5/2008. Replies due by 9/19/2008. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.