**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Highway Commercial Services, Inc.
          Plaintiff,

v.                Case No.: 1:08−cv−03445
                Honorable Ronald A. Guzman

Midwest Trailer Repair, Inc.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2008:

   MINUTE entry before the Honorable Ronald A. Guzman: Minute entry dated 8/14/08 [doc. no. 13] is stricken as entered in error.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.