**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS -  EASTERN DIVISION**

| | | |
|---|---|---|
| HIGHWAY COMMERCIAL SERVICES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | Case No.   08 C 3445 |
| | ) | |
| MIDWEST TRAILER REPAIR, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:    Samuel J Tenenbaum
       Michael J Gilmartin
       Chuhak & Tecson
       30 S Wacker Dr., Suite 2600
       Chicago IL 60606

       PLEASE TAKE NOTICE that on the 3rd day of September, 2008, Plaintiff filed its Response
Brief in Opposition to Defendant's  Motion to Dismiss with the Clerk of the United States District
Court for the Northern District of Illinois, Eastern Division, a copy of which is contemporaneously
served on you.

DATED: September 3, 2008

                                        By: /S/ David T. Grisamore
                                        Attorney  for Plaintiff
                                        Highway Commercial Services, Inc.

David T. Grisamore, Esq.
53 W Jackson #1643
Chicago IL 60604
(312) 913-3448
(312) 913-3458 fax
IL # 6237226

**CERTIFICATE OF SERVICE**

       The undersigned attorney certifies that he served the attached on the above-listed parties
by CM/ECF notice on September 3, 2008.

                         By:      /S/ David T. Grisamore